and 739 P. 2d 523; No. 87–6125, 320 N. C. 688, 360 S. E. 2d 667; No. 87–6365, 744 S. W. 2d 53; No. 87–6460, 108 Wash. 2d 734, 743 P. 2d 210; No. 87–6644, 520 So. 2d 246; No. 87–6674, 321 N. C. 125, 362 S. E. 2d 513; No. 87–6774, 741 S. W. 2d 382; No. 87–6845, 736 S. W. 2d 673.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–1463. BROWN v. BROWN & ROOT U. S. A. INC. ET AL., 485 U. S. 1017;

No. 87–6418. PARIS v. STATE DIVISION OF CORRECTION ET AL., 485 U. S. 1011;

No. 87–6492. ADAMS v. DEPARTMENT OF THE NAVY, 485 U. S. 1023;

No. 87–6539. WHITAKER v. PETERSON ET AL., 485 U. S. 1018;

No. 87–6544. WHITAKER v. PASCARELLA ET AL., 485 U. S. 1018;

No. 87–6548. SEN GUPTA v. METCO, INC., 485 U. S. 1023;

No. 87–6564. SISCO v. COUNTY OF LOS ANGELES ET AL., 485 U. S. 1023; and

No. 87–6589. MINGLEDOLPH v. MCKEAN ET AL., 485 U. S. 1031. Petitions for rehearing denied.

No. 94, Orig. SOUTH CAROLINA v. BAKER, SECRETARY OF THE TREASURY, 485 U. S. 505; and

No. 87–176. WHITE ET AL. v. ELROD, SHERIFF OF COOK COUNTY, ET AL., 484 U. S. 924. Petitions for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of these petitions.

No. 86–1712. TRANSAMERICAN NATURAL GAS CORP. v. UNITED STATES DEPARTMENT OF THE INTERIOR ET AL., 484 U. S. 871. Motion for leave to file petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.